In the Dist U.S. Court for the middle Dist of AL.

John C. Richardson
        vs.
Director of Veterans Affairs of Montgomery AL.; &
Mike Fairchild.

Case no. 3:06cv4.F

## Petition for Writ of mandamus

Comes now John Richardson Pro-se in the above styled Case and submits to this Honorable Court this Petition for Violation of his 14th Amendment rights of Due Process Pertaining to my Appeal. Petitioner Asks for the Authority vested in (Haines V. Kerney) Pertaining to Pro-se litigants.

## Statement of the Case

In May of 04 the Petitioner filed a claim for Service Connetion in the dept. of V.A. Affairs which was denied a few months later that year. Petitioner immediately filed a notice of Appeal which was denied also in March of 05. The Petitioner then filed a form 9 for an Appeal to the B.V.A in Washington D.C.

## Statement of the Facts

Since the Petitioner filed the form 9 for the forwading of the records on Appeal to D.C. the dept. has refused to do their lawful duty. The Petitioner has put forth all the efforts he could to try to reason with them to no avail.

## Argument

The dept. has denied my appeal since march 07 05. The Petitioner immediately Filed A Form 9 which is the necessary one for notice of Appeal to washington D.C. Board of Veterans Appeals. The dept. has decided not to forward the records on Appeal which is in violation of my rights to An Appeal. I need for this court to inform them of their violation Against the Petitioner. See the Attached Exibit.

Prayer For Relief

I Pray that this Honorabe Court will grant this Petition because of the violation of Petitioners right to an Appeal. Petitioner Prays that the Court will "order" the dept. to Forward the records on Appeal to the Board of veteran Appeals in Washington D.C,
Done on 1-2-06.

The V.A. File no. is 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,


_(signature)_

## Certificate of Service

This is to certify that Petitioner has sent a copy of this petition to dept. of veteran Affairs and to the Clerk of this Court. Done on 1-2-06.

Sworn to on

2 Day of January 2006
Notary
_[signature]_
Petitioner
_[signature]_

_[signature] John Robinson_
831 15th Ave.
Phenix City AL.
36867
334-291-0877