

*Exhibit - A*

## Statement of Accredited Representative in Appealed Case
### (In lieu of VA Form 646)

April 5, 2005

**Claimant:** John C. Richardson

**Claim Number:** 422747682

**Represented By:** Kent A. Hoffman
Disabled American Veterans

### ISSUE

Entitlement to service connection for schizophrenia.

### COURSE OF PROCEEDINGS

This claim originates from May 12th, 2004. On June 9th, 2004 the Agency of Original Jurisdiction notified the claimant of the receipt of the claim in accordance with 38 C.F.R. § 3.159. The claimant takes exception to the AOJ decision of October 5th, 2004, which denied entitlement to the benefits sought on appeal.

A notice of disagreement was received by the AOJ on October 13th, 2004. In response, the AOJ informed the claimant on October 21st, 2004 of the appeals election process in accordance with 38 C.F.R. § 3.2600. As of October 27th, 2004 the claimant elected a (traditional) de novo review. The AOJ issued a Statement of the Case on March 9th, 2005. A Substantive Appeal (DVA Form 9) was received on March 14th, 2005 in accordance with the provisions of 38 C.F.R. § 20.202, in which the claimant elected no hearing.



**COPY**