IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN C. RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-00004WKW |
| ) | |
| DIRECTOR OF VETERANS AFFAIRS ) | |
| OF MONTGOMERY, AL, ET AL ) | |
| ) | |
| ) | |
| Defendant ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 20th day of January, 2006.

           /s/  W.  Keith  Watkins
    UNITED STATES DISTRICT JUDGE