AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __DISTRICT__

JOHN C. RICHARDSON

V.

DIRECTOR OF VETERANS AFFAIRS OF MONTGOMERY AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:06CV4-MEF

TO: (Name and address of Defendant)

DIRECTOR OF VETERANS AFFAIRS OF MONTGOMERY AL
345 PERRY HILL ROAD
MONTGOMERY AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN C. RICHARDSON
831 15TH AVENUE
PHENIX CITY AL 36867

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                    2-3-06

CLERK                                                                     DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __DISTRICT__

JOHN C. RICHARDSON

V.

DIRECTOR OF VETERANS AFFAIRS OF
MONTGOMERY AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06CV4-MEF

TO: (Name and address of Defendant)

ATTORNEY GENERAL OF THE UNITED STATES
US DEPARTMENT OF JUSTICE
10TH AND CONSTITUTIONAL AVENUE
WASHINGTON D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN C. RICHARDSON
831 15TH AVENUE
PHENIX CITY AL 36867

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

2-3-06

CLERK

DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __DISTRICT__

JOHN C. RICHARDSON

V.

DIRECTOR OF VETERANS AFFAIRS OF MONTGOMERY AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:06CV4-MEF

TO: (Name and address of Defendant)

U.S. ATTORNEY'S OFFICE
LEURA CANARY
P.O. BOX 197
MONTGOMERY AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN C. RICHARDSON
831 15TH AVENUE
PHENIX CITY AL 36867

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

2.3.06

CLERK                                DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__MIDDLE__      District of      __DISTRICT__

JOHN C. RICHARDSON

V.

DIRECTOR OF VETERANS AFFAIRS OF MONTGOMERY AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06CV4-MEF

TO: (Name and address of Defendant)

VA REGIONAL OFFICE
345 PERRY HILL ROAD
MONTGOMERY AL 36109
ATTN: MIKE FAIRCHILD

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN C. RICHARDSON
831 15TH AVENUE
PHENIX CITY AL 36867

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                         2-3-06

CLERK                                                                      DATE

(By) DEPUTY CLERK