Richardson

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nancy Yarn_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Nancy Yarn  C. Date of Delivery: 2/6/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>P.O. Box 197<br>Montgomery, AL 36101<br><br>_summ; petition (60)_ | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 2409 |

PS Form 3811, February 2004    Domestic Return Receipt    06-4    102595-02-M-1540