IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN C. RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **2:06-CV-04-MEF** |
| | ) | |
| DIRECTOR OF VETERANS' | ) | |
| AFFAIRS OF MONTGOMERY, AL, & | ) | |
| MIKE FAIRCHILD, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND**

Comes now the Defendants, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that their time to answer or otherwise respond to the complaint in the above-styled matter be extended for a period of twenty (20) days, and as grounds states as follows:

1. The Defendants' answers in this cause are currently due to be filed on Thursday, April 6, 2006. From the pleadings in this matter the Plaintiff may be attempting to bring suit against a federal official in his individual capacity. As this Court is aware, the United States Attorney may not undertake the representation of a federal employee in his individual capacity without the approval of the Department of Justice.

2. To date, the representation request of the named individual Defendant is still being processed within the involved federal agency and has not yet been approved by the United States Department of Justice. The undersigned has conferred with agency

counsel who indicated that the process has been hampered by the Defendant's absence from the office. Counsel for the agency indicated that she is within days of securing the involved employee's request and forwarding it to the agency's general counsel who will review same and then forward it to the United States Department of Justice for final approval. It is anticipated that all steps necessary will be completed within the next twenty (20) days.

3. In the interest of judicial economy, the undersigned requests an extension of twenty (20) days in which to answer or otherwise respond to the complaint. It is anticipated that during this time the named individual will be granted representation and that the undersigned will thus have the authority to enter an answer or other response for all Defendants at the same time.

4. The undersigned attempted to ascertain the Plaintiff's position on this request but was unable to contact him.

Respectfully submitted this 6th day of April, 2006.

                          LEURA G. CANARY
                          United States Attorney

By:   s/R. Randolph Neeley
       Assistant United States Attorney
       Bar Number:  #9083-E56R
       Attorney for Defendant
       United States Attorney's Office
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone: (334) 223-7280
       Facsimile:  (334) 223-7418
       E-mail:  rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

       John C. Richardson
       831 15th Avenue
       Phenix City, AL 36867

                          s/R. Randolph Neeley
                          Assistant United States Attorney