IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN C. RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:06-CV-04-MEF |
| ) | |
| DIRECTOR OF VETERANS AFFAIRS ) | |
| OF MONTGOMERY, ALABAMA, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the April 6, 2006, motion for an extension of time to answer or otherwise respond (doc. # 10) filed by the defendants. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for an extension of time to answer or otherwise respond (doc. # 10) be and is hereby GRANTED and the time for the defendants to answer or otherwise file a responsive pleading be and is hereby EXTENDED from April 6, 2006 until April 26, 2006.

Done this 14th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE