In the Dist. Court for the Middle dist. of AL.

John C. Richardson
   Plaintiff
v.
Director of V.A.
Affairs of Montgomery
AL. & Mike Fairchild
   Defendants

RECEIVED
2006 MAY -2 A 9:40

Civ. Action 2:06 cv04-WKW

## Rebuttal to Defendants motion to dismiss.

Comes now the Plaintiff in the above style cause and submits this rebuttal to this honorable Court based on the following reasons.

## Argument

The defendants Councillor Avers that this Court lacks jurisdiction pertaining to the forwarding of the Plaintiffs files to D.C. for the future process of his claim. The subject matter is not

about an Appeal. The Plaintiffs Claim has not yet reached an Appeal Status. Without the Forwarding of the records there can be no beginning for an Appeal. Council for the defendants Motion has jumped the Conclusions or did not realize her Strategic Action. I find it uneccessary to rebutt all her Quoted Case laws because they All involve cases that has reached An appeal extremity that requires an an Appeal Court Opinion. In the instant case the Subject matter is A violation of Plaintiffs Constitutional 14th Amendment rights of due process for which is dist. Court decisions is required. The subject matter she bases the dismissal don't exist as of yet. The dismissal motion is due to be "denied" and the writ "GRANTED". Done on 4-29-06

This is to certify that I have sent a copy of the foregoing Rebuttal to Coucillor Leura G Canary U.S. Attorney & the Clerk of this Court. Done on 4-29-06

Leura Canary
P.o. box 197
Montgomery AL,
36101-0197

[signature]