IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN C. RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:06-CV-04-MEF |
| ) | |
| DIRECTOR OF VETERANS AFFAIRS ) | |
| OF MONTGOMERY, ALABAMA, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 26, 2006, the defendants filed a motion to dismiss (doc. # 12).  Upon consideration of the motion, and for good cause, it is

ORDERED that this matter be and is hereby set for oral argument on the motion to dismiss on June 16, 2006, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**The plaintiff is specifically cautioned that if he fails to appear as required by this order, the court will treat his failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

Done this 26th day of May, 2006.

                           /s/Charles S. Coody
                           CHARLES S. COODY
                           CHIEF UNITED STATES MAGISTRATE JUDGE