# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 6/16/06 | AT | 10:09 a.m. to 10:12 a.m. |
| DATE COMPLETED: 6/16/06 | | FTR Recorded |

JOHN C. RICHARDSON

    Plaintiff

vs..

DIRECTOR OF VETERANS AFFAIRS OF MONTGOMERY

    Defendant

CASE NO. 3:06CV-4-WKW-CSC

## APPEARANCES:

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| NOT PRESENT | * | Atty. Randolph Neeley |

## COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:    ***ORAL ARGUMENT RE: MOTION TO DISMISS***

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Oral argument RE: Motion to Dismiss - 06cv4-WKW | |
| **Date** 6/16/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:09:49 AM | Court | Court convenes; Pro Se plaintiff is not present for today's proceeding; Discussion as to the veterans claims properly before the veterns appeal board; That somebody from the appeals board need to send something to Washington and that it hasn't been done ; |
| 10:10:35 AM | Atty. Neeley | Response; |
| 10:11:23 AM | Court | Response as to why don't they just do it; |
| 10:11:35 AM | Atty Neeley | Response; Discussion as to denial of the claim; |
| 10:12:21 AM | Court | Discussion as to jurisdiction and the handling of claim; |
| 10:13:00 AM | Atty. Neeley | Response; Will file a report with court by this time next week; |
| 10:13:06 AM | Court | Will delay entering show cause order; |
| 10:13:12 AM | Court | Court is recessed. |