IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN C. RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **2:06-CV-04-MEF** |
| | ) | |
| DIRECTOR OF VETERANS' | ) | |
| AFFAIRS OF MONTGOMERY, AL, & | ) | |
| MIKE FAIRCHILD, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT

      Come now Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Court's oral Order to advise of the status of the plaintiff's appeal of the denial of his request for VA benefits, submits as follows:

      1.      Attached hereto as Exhibit 1 is the declaration of Bert Depue, Acting Service Center Manager, Montgomery Regional Office, United States Department of Veterans Affairs. Therein Mr. Depue testifies that the delay in furthering the plaintiff's appeal of the regional office's denial of benefits was occasioned by the plaintiff's repeated submissions of additional evidence. Of particular importance, however, is the fact that the plaintiff's file was forwarded to the Board of Veteran's Appeals on June 15, 2006.

WHEREFORE, premises considered, the complaint is due to be and should be dismissed.

Respectfully submitted this 23rd day of June, 2006.

        LEURA G. CANARY
        United States Attorney

        By: /s/R. Randolph Neeley

        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail: rand.neeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    John C. Richardson
    831 15th Avenue
    Phenix City, AL 36867

        s/R. Randolph Neeley
        Assistant United States Attorney