IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHN C. RICHARDSON,                          )
                                             )
        Petitioner,                          )
                                             )
        v.                                   )          CASE NO. 3:06-CV-00004-WKW-
                                             )           (WO)
DIRECTOR OF VETERANS AFFAIRS                 )
OF MONTGOMERY, ALABAMA, et al.,              )
                                             )
        Respondents.                         )

## ORDER

On July 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 19) that the Petition

for Writ of Mandamus (Doc. # 1) be dismissed as moot since a more favorable decision on the merits

would not entitle the petitioner to any additional relief.   No objections were made to the

Recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and

DECREE of the Court that:

   1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED.

   2. The Petition for Writ of Mandamus (Doc. # 1) is moot and thus is DENIED.

   3. The Motion to Dismiss (Doc. # 12) is moot and thus is DENIED.

   4. This action is DISMISSED without prejudice.

   An appropriate judgment will be entered.

   DONE this the 9th day of August, 2006.


                    /s/   W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE